

225 Market Street
Suite 304 • P.O Box 1245
Harrisburg, PA 17108-1245
Phone: (717)233 - 6633
Fax:(717)233 - 7003
smiller@laverylaw.com
www.laverylaw.com

June 29, 2011

**Via Electronic Filing**
The Honorable Maureen P. Kelly
United States District Court
Western District of Pennsylvania
U.S. Courthouse
700 Grant Street
Pittsburgh, PA  15219

      RE:   <u>Michele Krempasky-Proctor v. Wilkinsburg Borough, et al.</u>
             Our File No:  386.5003
             Court/Docket No:   2:10-CV-1755

Dear Judge Kelly:

    The undersigned represents Chief Coleman, a Defendant in the above matter.  Per your Order dated June 29, 2011, a Case Management Conference is scheduled for July 27, 2011 at 9:30 a.m.  The undersigned hereby respectfully requests to participate in this Conference via telephone due to their office being located in Harrisburg, Pennsylvania.

    Thank you for your courtesy.

                              Very truly yours,

                              */s/ Sunshine J. Miller*

                              Sunshine J. Miller

cc:    Joshua Bloom, Esquire *(via electronic filing)*
        Tiffany R. Waskowicz, Esquire *(via electronic filing)*
        Scott G. Dunlop, Esquire *(via electronic filing)*
        Teresa O. Sirianni, Esquire *(via electronic filing)*